UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BRUCE PARKER, A/K/A BRUCE-X,<br><br>     Plaintiff,<br>v.<br><br>UNKNOWN LEBRON,<br>     Defendant.<br>_____/ | Case No. 21-12328<br><br>F. Kay Behm<br>United States District Judge<br><br>Curtis Ivy, Jr.<br>United States Magistrate Judge |

### ORDER TERMINATING AS MOOT MOTION TO ENFORCE SETTLEMENT (ECF No. 99)

The parties reached a settlement during the August 1, 2024, settlement conference. On August 27, 2024, Plaintiff moved to enforce that agreement and to dismiss his appointed counsel. (ECF No. 99). That motion was referred to the undersigned. (ECF No. 102). During a status conference on the progress of the settlement, the parties explained that prison policy was delaying the payments to Plaintiff. Plaintiff acknowledged these difficulties and was satisfied that full payment will be complete soon. He asked that his motion to enforce the settlement and to dismiss counsel be withdrawn. Thus, the motion is **TERMINATED AS MOOT**. The parties are encouraged to complete a stipulation of dismissal for the District Judge as soon as practicable.

  **IT IS SO ORDERED**.

1

The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(d). A party may not assign as error any defect in this Order to which timely objection was not made. Fed. R. Civ. P. 72(a). Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection. When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in effect unless it is stayed by the magistrate judge or a district judge. E.D. Mich. Local Rule 72.2.

Date: September 17, 2024,    s/Curtis Ivy, Jr.
　　　　　　　　　　　　　　　Curtis Ivy, Jr.
　　　　　　　　　　　　　　　United States Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System or by First Class U.S. mail on September 17, 2024.

　　　　　　　　　　　　　　　s/Sara Krause
　　　　　　　　　　　　　　　Case Manager
　　　　　　　　　　　　　　　(810) 341-7850

3